LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

Re:  ADRIENNE E. WHEELER
     48 ECKERT AVENUE
     NEWARK, NJ  07112

Atty:  LINWOOD A JONES ESQ
      7 GLENWOOD AVENUE
      SUITE 414B
      EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-20619

### RECEIPTS AS OF 01/01/2025
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/09/2024 | $625.00 | 1010825400 | | | |

**Total Receipts: $625.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $625.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025
(Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 37.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | M&T BANK | (NEW) Prepetition | 26,188.18 | 100.00% | 0.00 | 0.00 |

**Total Paid: $37.50**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $625.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $37.50   =   Funds on Hand: $587.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.