| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LINWOOD A. JONES-008761979<br>7 GLENWOOD AVENUE, SUITE 414B<br>EAST ORANGE, NEW JERSEY  07017<br>O: 973- 676-7439<br>F: 973-674-8043<br>E-Fax: 888-413-5141<br>linwoodjonesesq@gmail.com<br>Attorney for Debtor | Order Filed on July 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Adrienne E. Wheeler,<br><br>            Debtor. | Case No.:  24-20619-JKS<br>Chapter:  13<br>Judge:  John K. Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  December 20, 2024  :

Property:  48 Eckert Avenue, Newark, NJ 07113

Creditor:  M&T Bank

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  August 15, 2025 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2