UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LINWOOD A. JONES-008761979
7 GLENWOOD AVENUE, SUITE 414B
EAST ORANGE, NEW JERSEY  07017
O: 973- 676-7439
E-Fax: 888-413-5141
linwoodjonesesq@gmail.com

Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Adrienne E. Wheeler,

       Debtor.

Case No.: 24-20619-JKS

Chapter: 13

Judge: John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  December 20, 2024    :

Property:    48 Eckert Avenue, Newark, NJ 07113

Creditor:    M&T Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the Debtor   , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  12/15/2025   .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*