UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LINWOOD A. JONES-008761979
7 GLENWOOD AVENUE, SUITE 414B
EAST ORANGE, NEW JERSEY  07017
O: 973- 676-7439
E-Fax: 888-413-5141
linwoodjonesesq@gmail.com
Attorney for Debtor

Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Adrienne E. Wheeler,

Debtor.

Case No.: 24-20619-JKS
Chapter: 13
Judge: John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 23, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  December 20, 2024  :

Property:   48 Eckert Avenue, Newark, NJ 07113

Creditor:   M&T Bank

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  January 15, 2026 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2