| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LINWOOD A. JONES-008761979<br>7 GLENWOOD AVENUE, SUITE 414B<br>EAST ORANGE, NEW JERSEY 07017<br>O: 973- 676-7439<br>E-Fax: 888-413-5141<br>linwoodjonesesq@gmail.com<br>Attorney for Debtor | |
|---|---|
| | Case No.: 24-20619-JKS |
| | Chapter: 13 |
| In Re:<br><br>Adrienne E. Wheeler,<br><br>Debtor. | Adv. No.: _____ |
| | Hearing Date: 2/26/2026@10:00 a.m. |
| | Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, __Linwood A. Jones, Esq.__ :

    ☒ represent __Adrienne E. Wheeler,__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __01/14/2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion, Certification in support of Notice of Motion To Compel Loan Modification or in the Alternative a Settlement Conference, Certification of Why No Brief is Necessary and Exhibits A, B, C, D, F, G and H in support of the Motion.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 01/15/2026                                   /s/ Linwood A. Jones
                                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ  07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240 | Lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>701 Market Street, Ste. 5000,<br>Philadelphia, PA 19106 | Attorney for Lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |