LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017


Re:   ADRIENNE E. WHEELER                        Atty:   LINWOOD A JONES ESQ
      48 ECKERT AVENUE                                   7 GLENWOOD AVENUE
      NEWARK,  NJ  07112                                 SUITE 414B
                                                         EAST ORANGE, NJ  07017


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-20619

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/09/2024 | $625.00 | 1010825400 | 02/03/2025 | $625.00 | 1018831600 |
| 02/04/2025 | $625.00 | 1019022700 | 02/05/2025 | $625.00 | 1019187100 |
| 03/11/2025 | $625.00 | I1VDGNK4DH-Plan | 07/07/2025 | $1,875.00 | I19JL07HSK-Plan |
| 07/17/2025 | $625.00 | I1D8L4FR61-Plan | 09/10/2025 | $625.00 | I1NXFFJBJG-Plan |
| 10/01/2025 | $625.00 | I1NWFW03QP-Plan | 10/16/2025 | $625.00 | I122S5944S-Plan |
| 12/16/2025 | $625.00 | I18NS0YMRM-Plan | | | |

**Total Receipts: $8,125.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $8,125.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| M&T BANK | | | | | | | |
| | 03/17/2025 | $450.00 | 941,426 | | 04/14/2025 | $587.50 | 942,897 |
| | 09/16/2025 | $2,375.00 | 949,894 | | 11/17/2025 | $593.75 | 952,796 |
| | 12/15/2025 | $587.50 | 954,195 | | 01/12/2026 | $587.50 | 955,639 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 456.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,900.00 | 100.00% | 1,900.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | M&T BANK | (NEW) Prepetition A | 26,188.18 | 100.00% | 5,181.25 | 21,006.93 |

**Total Paid:  $7,537.50**
See Summary

**Chapter 13 Case # 24-20619**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $8,125.00          -    Paid to Claims: $5,181.25      -    Admin Costs Paid: $2,356.25    =    Funds on Hand: $587.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.