**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Linwood A. Jones - Bar #: 008761979
7 Glenwood Avenue, Suite 414B
East Orange, NJ 07017
O: 973-676-7439
E-Mail: linwoodjonesesq@gmail.com
Attorney for   Adrienne E. Wheeler, Debtor

Case No.:        24-20619-JKS

Chapter:           13

Hearing Date:

Judge:     Hon. John K. Sherwood

In Re:

  Adrienne E. Wheeler,

            Debtor.

### CERTIFICATION IN SUPPORT OF MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT (CHAPTER 13)

I, Adrienne E. Wheeler, by way of certification say:

1. I am the debtor with regards to the above referenced matter.

2. On October 27, 2024, I filed the Chapter 13 Bankruptcy petition herein to save my home.

3. I applied for a loan modification, which has been approved by the lender **(EXHIBIT A)**.

4. It is respectfully requested that the Court approve said Final Loan Modification Agreement **(EXHIBIT A)**.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: August 6, 2026

/s/ Adrienne E. Wheeler
Adrienne E. Wheeler, Debtor