Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−20619−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Adrienne E. Wheeler
48 Eckert Avenue
Newark, NJ 07112

Social Security No.:
xxx−xx−8422

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/27/26 at 10:00 AM

to consider and act upon the following:

***68*** − Motion to Approve Loan Modification with M&T Bank Filed by Linwood A. Jones on behalf of Adrienne E. Wheeler. Objection deadline is 08/20/2026. (Attachments: # 1 Exhibit A−Copy of Loan Modification Agreement # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Jones, Linwood)

***70*** − Limited Objection to Motion to Approve Loan Modification (related document:68 Motion to Approve Loan Modification with M&T Bank Filed by Linwood A. Jones on behalf of Adrienne E. Wheeler. Objection deadline is 08/20/2026. (Attachments: # 1 Exhibit A−Copy of Loan Modification Agreement # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Adrienne E. Wheeler, 69 Document re: Certification in Support of Motion to Approve Loan Modification (related document:68 Motion to Approve Loan Modification filed by Debtor Adrienne E. Wheeler) filed by Linwood A. Jones on behalf of Adrienne E. Wheeler. filed by Debtor Adrienne E. Wheeler) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 8/10/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court